IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : | 86-3036 |
| | : | |
| This Document Relates To: <u>Southern Textile Corp.</u> Bankrupt Defendant AC-MD1 | : | CIVIL ACTION NO.   MDL 875 |
| | : | FILED ____ ENTERED ____ LODGED ____ RECEIVED |
| ALL ACTIONS (See attached schedule for case list) | : | JUL 17 2000 AT BALTIMORE CLERK U.S. DISTRICT COURT DISTRICT OF MD DEPUTY |

## O R D E R   O F   D I S M I S S A L

DEFENDANT, Southern Textile Corp., having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

BY THE COURT

Date: 7/13/00

_____
Charles R. Weiner, Judge

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 07/13/00
ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA